UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Plaintiff, Maurice Wilkins

-v-

Defendant. NYC Dept of Corrections
---------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 cv 10699 (GBD)(DFE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 5 2008

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

_ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____
___ Habeas Corpus
___ Social Security
___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ___

==========================================================

* Do not check if already referred for general pretrial.
  Dated  JUL 1 5 2008

SO ORDERED:

George B. Daniels
HON. GEORGE B. DANIELS