```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MAURICE ADRIAN WILKINS,
                         Plaintiff,       07 Civ. 10699(GBD)(DFE)
                                          This is not an ECF case
           - against -                    MEMORANDUM AND ORDER

NEW YORK CITY DEPARTMENT OF CORRECTIONS,
CAPTAIN LAGO #1288,
OFFICER NUNEZ #13954,
OFFICER MARCELL #10452,
OFFICER DEAN,
OFFICER THORNE, and
OFFICER SERRANA,
                         Defendants.
------------------------------------------x
```

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/4/08*

DOUGLAS F. EATON, United States Magistrate Judge.

     1.  By Order of Reference dated July 15, 2008, District Judge George B. Daniels has referred this case to me to conduct general pretrial supervision.  This means that I will rule on pretrial scheduling and discovery, but any dispositive motions (such as a motion to dismiss) must be addressed to Judge Daniels.  In general, all correspondence should now be sent to me rather than Judge Daniels.

     2.  I have reviewed the July 16, 2008 letter from Ms. Rosencrantz to me.  At this stage, I order as follows.

     3.  I will hold a conference on September 24, 2008 at 11:00 a.m. sharp.  If Mr. Wilkins is released from prison by that date, then the conference will be in Courtroom 18A at 500 Pearl Street.  Otherwise, defense counsel must come to Room 1360 and I will place a telephone call to Mr. Wilkins. This conference will be a settlement conference unless the City has not yet obtained Mr. Wilkins's medical records.

     4.  I hereby extend fact discovery until November 14, 2008.

     5.  I direct the City Law Department to determine the shield numbers, and correct spellings, of the unserved defendants Dean, Thorne and Serrana, and to send this information as soon as possible to Mr. Wilkins (with a copy to me).  Then Mr. Wilkins can send that information to the U.S. Marshal on Forms USM-285 and request the Marshal once again to serve the summons and complaint on those three defendants.

USDC SDNY DATE SCANNED 8/4/08

   6. Mr. Wilkins is required to give prompt written notice, to defense counsel, and to the Pro Se Office, and to my chambers, about any change of address.  Failure to do so may result in a dismissal of the lawsuit.

   7. The address of the Pro Se Office is Room 230, United States Courthouse, 500 Pearl Street, New York, NY 10007, and their telephone number is (212) 805-0175.  They can provide assistance in connection with the Court's procedures, but they can not give legal advice.

         _/s/ Douglas F. Eaton_
         DOUGLAS F. EATON
         United States Magistrate Judge
         500 Pearl Street, Room 1360
         New York, New York 10007
         Telephone: (212) 805-6175
         Fax: (212) 805-6181

Dated: New York, New York
    July 31, 2008

Copies of this Memorandum and Order are being sent by mail to:

Maurice Adrian Wilkins
#092778
Bucks County Correctional Facility
130 South Easton Road
Dolyestown, PA 18901

Katherine E. Smith, Esq.
Caryn Rosencrantz, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Pro Se Office
U.S. District Courthouse
500 Pearl Street, Room 230
New York, NY 10007

Hon. George B. Daniels